IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Quang Le,

    Petitioner,

v.

Jesus Rocha, et al.,

    Respondents.

No. CV-26-00805-PHX-DWL (JFM)

**ORDER**

Petitioner challenges his immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), arguing his detention has exceeded the removal period and there is no significant probability of his removal in the reasonably foreseeable future. (Doc. 1.) Petitioner also alleges he was released on an order of supervision ("OSUP") and redetained improperly. (*Id.*)  The Court directed Respondents to show cause why Petitioner's Petition should not be granted. (Doc. 3.)  Respondents' response provides:

> On April 9, 2025, ICE re-detained Le pursuant to his final order to effectuate his removal to Vietnam as removals to Vietnam have been more frequently successful at this time.  According to Deportation Officer Abraham Lopez Gutierrez it appears that ICE has made diligent efforts in removing Petitioner to Vietnam and his removal is at least arguably reasonably foreseeable at this time. Undersigned counsel, however, has requested information relating to the revocation of Petitioner's OSUP and has been unable to confirm at this time that it was properly revoked. Therefore, because undersigned counsel is unable to determine that the OSUP was properly revoked in this case, Respondents cannot show cause why the petition should not be granted on this basis.

(Doc. 6 at 1-2 (citations omitted)).

1  The Court construes this as a concession that the petition should be granted.

2  **IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus
3  (Doc. 1) is **granted**.

4  **IT IS FURTHER ORDERED** Respondents must immediately release Petitioner
5  from custody under the same conditions that existed before his detention.

6  **IT IS FURTHER ORDERED** Respondents must provide a notice of compliance
7  within two business days of Petitioner's release.

8  **IT IS FINALLY ORDERED** any pending motions are denied as moot and the
9  Clerk of Court shall enter judgment in Petitioner's favor and close this case.

10  Dated this 5th day of March, 2026.

Dominic W. Lanza
United States District Judge